EUGENIA SILBERFELD, Appellant, v. SWISS BANK CORPORATION and HEINRICH PLESSNER, Respondents, and Others, Defendants.— Order granting respondents' motion to vacate a warrant of attachment in the sum of $92,223.28, on the ground that the papers upon which the warrant was granted were insufficient to authorize its issuance, and granting other relief, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

ETTA O. SMITH, as Administratrix, etc., of RUDOLPH SMITH, Deceased, and JOSEPH SIMMONS, Appellants, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent.— In an action by plaintiff administratrix to recover damages for the wrongful death of her intestate as the result of a collision between an automobile which he was operating and defendant's trolley car, and by plaintiff Simmons, a passenger in the automobile, to recover damages for personal injuries sustained by him, the jury rendered a verdict for defendant. Judgment unanimously affirmed, with costs. The overwhelming weight of the credible evidence shows that the accident occurred approximately 750 feet from the place fixed by the plaintiff Simmons and without negligence on the part of the defendant's motorman, and we find no error which we may not disregard under section 106 of the Civil Practice Act. Appeal from denial of motion to set aside the verdict dismissed, without costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

BASIL WOOD, Appellant, v. ROBERT IRVING LENNOX, Attorney, Respondent.— Action to recover moneys alleged to be wrongfully withheld. Order denying plaintiff's motion for summary judgment on the ground that there is no defense to the action and that the answer is a sham affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

## THIRD DEPARTMENT, DECEMBER, 1941.
### (December 12, 1941.)

JENNIE DIAMOND, Appellant, v. HENRY DIAMOND, THE HENRY DIAMOND REALTY HOLDING CORPORATION, CLARA DIAMOND, Respondents, and SULLIVAN COUNTY TRUST Co., Defendant.— It appearing that between November 22, 1939, when a motion was made in this court to dismiss the appeal herein, and February 28, 1940, when the appellant died, no steps had been taken looking to the appointment of a committee, it is proper that this court at this time should decide the motion *nunc pro tunc* as of November 22, 1939. Ordered that the appeal be dismissed, without costs, and that the order be entered *nunc pro tunc* as of November 23, 1939. Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur; Foster, J., taking no part.